```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    JONESBORO DIVISION
```

SHARLEEN D. WADDELL,                                    Plaintiff

v.                              3:13CV00013 SWW

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,                                Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 14th day of February, 2014.

                            /s/Susan Webber Wright
                         UNITED STATES DISTRICT JUDGE